**LAWSON v. STATE. (No. 3856.)**

(Court of Criminal Appeals of Texas. Dec. 1, 1915.)

Appeal from District Court, Shelby County; W. C. Buford, Judge.

S. E. Lawson was convicted, and appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of violating the local option law; her punishment being assessed at two years' confinement in the penitentiary.

This record is before us without a statement of facts or bill of exceptions. There is nothing, therefore, in the record requiring review or decision.

The judgment is affirmed.